**Order entered September 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00489-CV

### WELLINGTON REALTY, LLC AND DAVID R. SHAFFER, JR., Appellants

### V.

### SCOTT O'GRADY, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF WELLINGTON REALTY, LLC, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06133**

## ORDER

Before the Court is appellants' September 13, 2019 agreed motion to abate the appeal. The parties seek a seventy-day abatement to allow them an opportunity to close their settlement agreement and exchange consideration.

We **GRANT** the motion to the extent we **ORDER** appellants to file either a motion to dismiss or a status report no later than November 22, 2019.

/s/ ERIN A. NOWELL
   JUSTICE